Mike Walenti, complainant and plaintiff in error, v. John Krolik et al., defendants. Albert J. Terrell, defendant in error. **Gen. No. 29,148.**

Bill for foreclosure. Order denying petition to vacate appointment of receiver and for accounting. See original opinion in vol. 234 Ill. App. 407. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Petition for rehearing denied. Opinion filed October 25, 1924.

Joseph A. Ambrosius, for plaintiff in error; Joseph A. Peppets, of counsel. Edward H. Kubitz, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.